UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)
David G. Beslow, Esq. DGB-5300
Attorney for Debtors, Anthony Fritz and Robin L Fritz

---

| | |
|---|---|
| In Re:<br><br>ANTHONY FRITZ,<br>ROBIN L FRITZ | Case No.: __15-19880__<br>Judge: __RG__<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by __Chapter 13 Trustee__,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer)**:
We never moved forward with a personal injury case but an application to retain a worker's compensation attorney was submitted on 12/29/15. We will file a motion to address the worker's compensation case in the immediate future.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 10, 2020

Date: 9/10/20

/S/ Robin L Fritz
Debtor's Signature

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*