Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−19880−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Fritz
725 Joralemon Street, Unit #204
Belleville, NJ 07109

Robin L Fritz
725 Joralemon Street, Unit #204
Belleville, NJ 07109

Social Security No.:
   xxx−xx−6552                              xxx−xx−2911

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/7/20 at 10:00 AM

to consider and act upon the following:

**48** – Certification in Opposition to (related document:46 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 9/14/2020. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Anthony Fritz, Robin L Fritz. (Beslow, David)

Dated: 9/11/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court