UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ANTHONY FRITZ
   ROBIN L FRITZ

Case No.:  15-19880 RG

Hearing Date:  10/7/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ANTHONY FRITZ
ROBIN L FRITZ

Case No.: 15-19880

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/07/2020 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to approve settlement and disbursements nunc pro tunc by 10/14/2020 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to approve settlement and disbursements nunc pro tunc has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.