UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ANTHONY FRITZ and ROBIN FRITZ

Case No.: 15-19880  
Chapter: 13  
Judge: RG

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_Anthony and Robin Fritz_, _the debtors_, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  
United States Bankruptcy Court  
P.O. Box 1352  
Newark, New Jersey 07101-1352

If an objection is filed, a hearing will be held before the Honorable _Rosemary Gambardella_ on _November 18, 2020_ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. _3E_, _50 Walnut Street, Newark, New Jersey_ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Workers compensation settlements to be approved nunc pro tunc

Pertinent terms of settlement: Workers compensation settlements awarded to Anthony Fritz as of August 10, 2016 and March 11, 2019, respectively, from which the debtors received proceeds in the amounts of $141,721.66 and $56,169.73

Objections must be served on, and requests for additional information directed to:  
Name: David G. Beslow, Esq.  Goldman & Beslow, LLC  
Address: 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07107  
Telephone No.: (973) 677-9000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-19880-RG |
| Anthony Fritz | Chapter 13 |
| Robin L Fritz | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 14, 2020 | Form ID: pdf905 | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Fritz, Robin L Fritz, 725 Joralemon Street, Unit #204, Belleville, NJ 07109-1480 |
| aty | + | Adam H. Hurwitz, Esq, 250 West 57 th Street,, Suite 401, New York, NY 10107-0106 |
| 515533454 | | B & B Collections, P.O. Box 2137, Toms River, NJ 08754-2137 |
| 515533457 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 515533455 | | Bank Card Services, PO Box 23065, Columbus, GA 31902-3065 |
| 515533458 | #+ | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 515533456 | + | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 515533471 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 515639923 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515533467 | + | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 515533470 | + | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515533469 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 515533472 | + | Citibank Sd, Na, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 515533473 | + | Clara Maas Hospital, 1 Clara Maas Drive, Belleville, NJ 07109-3557 |
| 515533475 | + | Creative Intervention, 1149 Bloomfield Avenue, Suite C, Clifton, NJ 07012-2314 |
| 515533479 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 515533484 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 515533486 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissn Inf Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 515533487 | + | Northfork Bk, Po Box 30273, Salt Lake City, UT 84130-0273 |
| 515533490 | + | PFS Group, 2600 North Loop West, Ste 150, Houston, TX 77092-8916 |
| 515533496 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 515533497 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, Us Dep Ed, Po Box 7202, Utica, NY 13504 |
| 515677307 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 515533502 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 515727500 | + | WELLS FARGO BANK, N.A., MAC: X2505-036, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 515533498 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 515533500 | + | Wells Fargo, Po Box 94435, Albuquerque, NM 87199-4435 |
| 515533499 | + | Wells Fargo, Po Box 60510, Los Angeles, CA 90060-0510 |
| 515533501 | | Wells Fargo Bank, Credit Bureau Disp, Des Moines, IA 50306 |
| 515768416 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 516868786 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 515701655 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 15-19880-RG    Doc 61    Filed 10/16/20    Entered 10/17/20 00:47:59    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: pdf905 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515762073 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 00:07:00 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515731656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2020 21:59:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515533461 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 00:06:54 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 515533462 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 00:08:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515533460 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 00:06:54 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 515533463 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 00:06:54 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 515533464 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 15 2020 00:07:02 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 515533465 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 15 2020 00:07:02 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 515533466 | + | Email/Text: bk.notifications@jpmchase.com | Oct 14 2020 21:59:00 | Chase Auto, Attn:National Bankruptcy Dept, Po Box 29505, Phoenix, AZ 85038-9505 |
| 515533474 | | Email/Text: bankruptcydept@wyn.com | Oct 14 2020 22:00:00 | Club Wyndam Plus, P.O. Box 340090, Boston, MA 02241-0490 |
| 515533477 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2020 00:06:56 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 515533476 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2020 00:06:56 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 515549332 | | Email/Text: mrdiscen@discover.com | Oct 14 2020 21:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515533478 | + | Email/Text: mrdiscen@discover.com | Oct 14 2020 21:58:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515533480 | | Email/Text: fnb.bk@fnfg.com | Oct 14 2020 22:00:00 | First Niagara Bank, 6950 S Transit Rd, Lockport, NY 14094 |
| 515659291 | | Email/Text: fnb.bk@fnfg.com | Oct 14 2020 22:00:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 515533481 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2020 00:09:52 | GECRB/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 515533482 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2020 00:09:52 | GECRB/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 515533468 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 15 2020 00:08:25 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515655747 | | Email/Text: bk.notifications@jpmchase.com | Oct 14 2020 21:59:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 515533483 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 14 2020 21:58:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515762057 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 15 2020 00:10:04 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515712488 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 21:59:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515533489 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2020 00:08:21 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 515620657 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2020 21:59:00 | Quantum3 Group LLC as agent for, Genesis Bankcard Services INC, PO Box 788, Kirkland, WA 98083-0788 |
| 515533491 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2020 22:00:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515581518 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2020 22:00:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 515533492 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2020 22:00:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515533493 | + | Email/Text: rwjebn@rwjbh.org | Oct 14 2020 22:00:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 515533494 | + | Email/Text: rwjebn@rwjbh.org | Oct 14 2020 22:00:00 | Robert Wood Johnson University Hospital, 120 Albany Street, Tower 2, 6th Floor, New Brunswick, NJ 08901-2126 |
| 518133407 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 21:59:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518133408 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 21:59:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515533495 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2020 00:08:21 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 515570818 | + | Email/Text: bncmail@w-legal.com | Oct 14 2020 21:59:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515533503 | + | Email/Text: bankruptcydept@wyn.com | Oct 14 2020 22:00:00 | Wyndham Vacation, 10750 W Charleston, Las Vegas, NV 89135-1049 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515533459 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 515533485 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissn Inf Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 515533488 | *+ | Northfork Bk, P.o. Box 30273, Salt Lake City, UT 84130-0273 |
| 515701656 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701657 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701658 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701659 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| jdb | *+ | Robin L Fritz, 725 Joralemon Street, Unit #204, Belleville, NJ 07109-1480 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: pdf905 | Total Noticed: 69 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

**Name**          **Email Address**

David G. Beslow
    on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

David G. Beslow
    on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Mark Goldman
    on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com

Rebecca Ann Solarz
    on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

TOTAL: 8