Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−19880−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Fritz
725 Joralemon Street, Unit #204
Belleville, NJ 07109

Robin L Fritz
725 Joralemon Street, Unit #204
Belleville, NJ 07109

Social Security No.:
xxx−xx−6552

xxx−xx−2911

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/18/20 at 10:00 AM

to consider and act upon the following:

**59** − Objection to Amended Schedule C (related document:53 Amended Schedule(s) : A/B,C,Summary of Schedules filed by David G. Beslow on behalf of Anthony Fritz, Robin L Fritz. filed by Debtor Anthony Fritz, Joint Debtor Robin L Fritz) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/19/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court