**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Anthony and Robin
Fritz
David G. Beslow, Esq. #DGB-5300

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**ANTHONY FRITZ and**
**ROBIN FRITZ,**

Debtors

Case No. 15-19880

Chapter: 13

Hearing Date: November 18, 2020

Hon. Rosemary Gambardella

## REVISED ORDER APPROVING WORKERS COMPENSATION SETTLEMENTS NUNC PRO TUNC, RELEASE OF REMAINING SETTLEMENT PROCEEDS TO DEBTORS NUNC PRO TUNC, AND PAYMENT OF PORTION OF PROCEEDS TO CHAPTER 13 TRUSTEE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: November 19, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | **2** |
| **Debtor(s):** | **Anthony Fritz and Robin Fritz** |
| **Case No.:** | **15-19880-RG - Chapter 13** |
| **Caption:** | **Order Approving Workers Compensation Settlements <u>Nunc Pro Tunc</u> And Authorizing Release of Settlement Proceeds to Debtors <u>Nunc Pro Tunc</u>** |

**THIS MATTER** being opened to the Court upon the motion ("Motion") of Goldman & Beslow, LLC, attorneys for the debtors, David G. Beslow, Esq., appearing, and upon the Certification submitted by the debtors, Anthony Fritz and Robin Fritz (the "Certification"), and the Chapter 13 Trustee having filed an Opposition to the Motion; and this Court having considered the argument of counsel and good cause appearing; it is hereby

**ORDERED**, that the workers compensation settlements awarded to the debtor Anthony Fritz dated as of August 10, 2016 and March 11, 2019, respectively, copies of which were attached to the Certification at Exhibit B, are hereby approved <u>nunc pro tunc</u>, and it is further;

**ORDERED**, that debtors are authorized to receive the settlement proceeds <u>nunc pro tunc</u>, in the amounts of $141,721.66 and $56,169.73, respectively; and it is further

**ORDERED**, that within ten (10) days of the entry of this Order, the debtors shall make a payment in the total amount of $10,000.00 to the Chapter 13 Trustee for the benefit of general unsecured creditors, in full settlement and satisfaction of the Opposition to the Motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 15-19880-RG

Anthony Fritz                                                   Chapter 13

Robin L Fritz

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                         Page 1 of 2

Date Rcvd: Nov 23, 2020                 Form ID: pdf903                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Anthony Fritz, Robin L Fritz, 725 Joralemon Street, Unit #204, Belleville, NJ 07109-1480 |
| aty | + Adam H. Hurwitz, Esq, 250 West 57 th Street,, Suite 401, New York, NY 10107-0106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020                   Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| David G. Beslow | on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |

Marie-Ann Greenberg
magecf@magtrustee.com

Mark Goldman
on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Mark Goldman
on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz
on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com


TOTAL: 8