**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony Fritz | Social Security number or ITIN   xxx–xx–6552 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Robin L Fritz | Social Security number or ITIN   xxx–xx–2911 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–19880–RG | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Fritz                    Robin L Fritz

2/3/21                    **By the court:** Rosemary Gambardella
                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Fritz  
Robin L Fritz  
    Debtors

Case No. 15-19880-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Feb 03, 2021 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Fritz, Robin L Fritz, 725 Joralemon Street, Unit #204, Belleville, NJ 07109-1480 |
| aty | + | Adam H. Hurwitz, Esq, 250 West 57 th Street,, Suite 401, New York, NY 10107-0106 |
| 515533454 | | B & B Collections, P.O. Box 2137, Toms River, NJ 08754-2137 |
| 515533455 | | Bank Card Services, PO Box 23065, Columbus, GA 31902-3065 |
| 515533473 | + | Clara Maas Hospital, 1 Clara Maas Drive, Belleville, NJ 07109-3557 |
| 515533475 | + | Creative Intervention, 1149 Bloomfield Avenue, Suite C, Clifton, NJ 07012-2314 |
| 515533479 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 515533484 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 515712488 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515533486 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissn Inf Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 515533487 | + | Northfork Bk, Po Box 30273, Salt Lake City, UT 84130-0273 |
| 515533490 | + | PFS Group, 2600 North Loop West, Ste 150, Houston, TX 77092-8916 |
| 515533497 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, Us Dep Ed, Po Box 7202, Utica, NY 13504 |
| 515677307 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 00:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 00:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515762073 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 00:18:05 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515533459 | | EDI: BANKAMER.COM | Feb 04 2021 05:03:00 | Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 515533457 | | EDI: BANKAMER.COM | Feb 04 2021 05:03:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 515533456 | + | EDI: BANKAMER.COM | Feb 04 2021 05:03:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 515533458 | + | EDI: BANKAMER.COM | Feb 04 2021 05:03:00 | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 515533471 | | EDI: CITICORP.COM | Feb 04 2021 05:03:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |

Case 15-19880-RG    Doc 74    Filed 02/05/21    Entered 02/06/21 00:17:29    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 03, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
| --- | --- | --- | --- |
| 515731656 | + EDI: WFNNB.COM | Feb 04 2021 05:08:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515533461 | + EDI: CAPITALONE.COM | Feb 04 2021 05:03:00 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 515533462 | + EDI: CAPITALONE.COM | Feb 04 2021 05:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515533460 | + EDI: CAPITALONE.COM | Feb 04 2021 05:03:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 515533463 | + EDI: CAPITALONE.COM | Feb 04 2021 05:03:00 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 515533464 | + EDI: CAPONEAUTO.COM | Feb 04 2021 05:08:00 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 515533465 | + EDI: CAPONEAUTO.COM | Feb 04 2021 05:08:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 515639923 | EDI: BL-BECKET.COM | Feb 04 2021 05:08:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515533466 | + EDI: CHASEAUTO | Feb 04 2021 05:08:00 | Chase Auto, Attn:National Bankruptcy Dept, Po Box 29505, Phoenix, AZ 85038-9505 |
| 515533467 | + EDI: CHASEAUTO | Feb 04 2021 05:08:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 515533469 | + EDI: CITICORP.COM | Feb 04 2021 05:03:00 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 515533470 | + EDI: CITICORP.COM | Feb 04 2021 05:03:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515533472 | + EDI: CITICORP.COM | Feb 04 2021 05:03:00 | Citibank Sd, Na, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 515533474 | Email/Text: bankruptcydept@wyn.com | Feb 04 2021 00:20:00 | Club Wyndam Plus, P.O. Box 340090, Boston, MA 02241-0490 |
| 515533477 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2021 00:18:11 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 515533476 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2021 00:18:22 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 515549332 | EDI: DISCOVER.COM | Feb 04 2021 05:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515533478 | + EDI: DISCOVER.COM | Feb 04 2021 05:03:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515533480 | Email/Text: fnb.bk@fnfg.com | Feb 04 2021 00:20:00 | First Niagara Bank, 6950 S Transit Rd, Lockport, NY 14094 |
| 515659291 | Email/Text: fnb.bk@fnfg.com | Feb 04 2021 00:20:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 515533481 | + EDI: RMSC.COM | Feb 04 2021 05:03:00 | GECRB/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 515533482 | + EDI: RMSC.COM | Feb 04 2021 05:03:00 | GECRB/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 515533468 | EDI: JPMORGANCHASE | Feb 04 2021 05:03:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515655747 | EDI: CHASEAUTO | Feb 04 2021 05:08:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |

Case 15-19880-RG    Doc 74    Filed 02/05/21    Entered 02/06/21 00:17:29    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 03, 2021 | Form ID: 3180W | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 515533483 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2021 00:19:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515762057 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 00:18:04 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515533489 | + | EDI: RMSC.COM | Feb 04 2021 05:03:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 515620657 | | EDI: Q3G.COM | Feb 04 2021 05:08:00 | Quantum3 Group LLC as agent for, Genesis Bankcard Services INC, PO Box 788, Kirkland, WA 98083-0788 |
| 515533491 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 00:20:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515581518 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 00:20:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 515533492 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 00:20:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515533493 | + | Email/Text: rwjebn@rwjbh.org | Feb 04 2021 00:20:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 515533494 | + | Email/Text: rwjebn@rwjbh.org | Feb 04 2021 00:20:00 | Robert Wood Johnson University Hospital, 120 Albany Street, Tower 2, 6th Floor, New Brunswick, NJ 08901-2126 |
| 518133407 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 00:20:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518133408 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 00:20:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515533495 | + | EDI: RMSC.COM | Feb 04 2021 05:03:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 515570818 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 00:20:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515533496 | + | EDI: WTRRNBANK.COM | Feb 04 2021 05:03:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 515533502 | | EDI: WFFC.COM | Feb 04 2021 05:08:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 515727500 | + | EDI: WFFC.COM | Feb 04 2021 05:08:00 | WELLS FARGO BANK, N.A., MAC: X2505-036, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 515533499 | + | EDI: WFFC.COM | Feb 04 2021 05:08:00 | Wells Fargo, Po Box 60510, Los Angeles, CA 90060-0510 |
| 515533500 | + | EDI: WFFC.COM | Feb 04 2021 05:08:00 | Wells Fargo, Po Box 94435, Albuquerque, NM 87199-4435 |
| 515533498 | + | EDI: WFFC.COM | Feb 04 2021 05:08:00 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 515533501 | | EDI: WFFC.COM | Feb 04 2021 05:08:00 | Wells Fargo Bank, Credit Bureau Disp, Des Moines, IA 50306 |
| 515768416 | + | EDI: WFFC.COM | Feb 04 2021 05:08:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 515533503 | + | Email/Text: bankruptcydept@wyn.com | Feb 04 2021 00:20:00 | Wyndham Vacation, 10750 W Charleston, Las |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 4 of 5 |
| Date Rcvd: Feb 03, 2021 | | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 516868786 | | EDI: ECAST.COM | | Vegas, NV 89135-1049 |
| | | | Feb 04 2021 05:03:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 515701655 | | EDI: ECAST.COM | | |
| | | | Feb 04 2021 05:03:00 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515533485 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissn Inf Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 515533488 | *+ | Northfork Bk, P.o. Box 30273, Salt Lake City, UT 84130-0273 |
| 515701656 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701657 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701658 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701659 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| David G. Beslow | on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 03, 2021 | Form ID: 3180W | Total Noticed: 70 |

        on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz

        on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

TOTAL: 8