Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 15−19880−RG
                            Chapter: 13
                            Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Fritz                                       Robin L Fritz
   725 Joralemon Street, Unit #204             725 Joralemon Street, Unit #204
   Belleville, NJ 07109                           Belleville, NJ 07109

Social Security No.:
   xxx−xx−6552                                       xxx−xx−2911

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     3/3/21
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney,

COMMISSION OR FEES
$2,000.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 4, 2021
JAN:

Jeanne Naughton
Clerk

Case 15-19880-RG    Doc 75    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 15-19880-RG
Anthony Fritz  Chapter 13
Robin L Fritz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 4
Date Rcvd: Feb 04, 2021        Form ID: 137        Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Fritz, Robin L Fritz, 725 Joralemon Street, Unit #204, Belleville, NJ 07109-1480 |
| aty | + | Adam H. Hurwitz, Esq, 250 West 57 th Street,, Suite 401, New York, NY 10107-0106 |
| 515533454 | | B & B Collections, P.O. Box 2137, Toms River, NJ 08754-2137 |
| 515533457 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 515533455 | | Bank Card Services, PO Box 23065, Columbus, GA 31902-3065 |
| 515533456 | + | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 515533458 | #+ | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 515533471 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 515639923 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515533470 | + | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515533469 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 515533472 | + | Citibank Sd, Na, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 515533473 | + | Clara Maas Hospital, 1 Clara Maas Drive, Belleville, NJ 07109-3557 |
| 515533475 | + | Creative Intervention, 1149 Bloomfield Avenue, Suite C, Clifton, NJ 07012-2314 |
| 515533479 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 515533484 | + | Labcorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 515712488 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515533486 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissn Inf Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 515533487 | + | Northfork Bk, Po Box 30273, Salt Lake City, UT 84130-0273 |
| 515533490 | + | PFS Group, 2600 North Loop West, Ste 150, Houston, TX 77092-8916 |
| 515533496 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 515533497 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, Us Dep Ed, Po Box 7202, Utica, NY 13504 |
| 515677307 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 515533502 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 515727500 | + | WELLS FARGO BANK, N.A., MAC: X2505-036, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 515533498 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 515533500 | + | Wells Fargo, Po Box 94435, Albuquerque, NM 87199-4435 |
| 515533499 | + | Wells Fargo, Po Box 60510, Los Angeles, CA 90060-0510 |
| 515533501 | | Wells Fargo Bank, Credit Bureau Disp, Des Moines, IA 50306 |
| 515768416 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 516868786 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 515701655 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515762073 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:22:39 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515533471 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 21:21:13 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 515731656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2021 21:04:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515533461 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 21:21:44 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 515533462 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 21:21:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515533460 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 21:21:44 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 515533463 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 21:20:56 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 515533464 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 04 2021 21:21:55 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 515533465 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 04 2021 21:21:07 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 515533466 | + | Email/Text: bk.notifications@jpmchase.com | Feb 04 2021 21:04:00 | Chase Auto, Attn:National Bankruptcy Dept, Po Box 29505, Phoenix, AZ 85038-9505 |
| 515533467 | + | Email/Text: bk.notifications@jpmchase.com | Feb 04 2021 21:04:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 515533469 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 21:21:13 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 515533470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 21:22:48 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515533472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 21:22:47 | Citibank Sd, Na, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 515533474 | | Email/Text: bankruptcydept@wyn.com | Feb 04 2021 21:06:00 | Club Wyndam Plus, P.O. Box 340090, Boston, MA 02241-0490 |
| 515533477 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2021 21:20:58 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 515533476 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2021 21:20:58 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 515549332 | | Email/Text: mrdiscen@discover.com | Feb 04 2021 21:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515533478 | + | Email/Text: mrdiscen@discover.com | Feb 04 2021 21:03:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515533480 | | Email/Text: fnb.bk@fnfg.com | Feb 04 2021 21:05:00 | First Niagara Bank, 6950 S Transit Rd, Lockport, NY 14094 |
| 515659291 | | Email/Text: fnb.bk@fnfg.com | Feb 04 2021 21:05:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 515533481 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:22:25 | GECRB/Care Credit, Attn: bankruptcy, Po Box |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 103104, Roswell, GA 30076-9104 |
| 515533482 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:20:50 | GECRB/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 515533468 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 04 2021 21:22:30 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515655747 | | Email/Text: bk.notifications@jpmchase.com | Feb 04 2021 21:04:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 515533483 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2021 21:03:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515762057 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:52 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515533489 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:20:50 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 515620657 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2021 21:05:00 | Quantum3 Group LLC as agent for, Genesis Bankcard Services INC, PO Box 788, Kirkland, WA 98083-0788 |
| 515533491 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 21:05:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515581518 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 21:05:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 515533492 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 21:05:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 515533493 | + | Email/Text: rwjebn@rwjbh.org | Feb 04 2021 21:06:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 515533494 | + | Email/Text: rwjebn@rwjbh.org | Feb 04 2021 21:06:00 | Robert Wood Johnson University Hospital, 120 Albany Street, Tower 2, 6th Floor, New Brunswick, NJ 08901-2126 |
| 518133407 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518133408 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515533495 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:21:38 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 515570818 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515533503 | + | Email/Text: bankruptcydept@wyn.com | Feb 04 2021 21:06:00 | Wyndham Vacation, 10750 W Charleston, Las Vegas, NV 89135-1049 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515533459 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 515533485 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissn Inf Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |

| | | |
|---|---|---|
| 515533488 | *+ | Northfork Bk, P.o. Box 30273, Salt Lake City, UT 84130-0273 |
| 515701656 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701657 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701658 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515701659 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021                            Signature:             /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| David G. Beslow | on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Anthony Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Joint Debtor Robin L Fritz yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |

TOTAL: 8