| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman #MG-8019<br><br>*Attorneys for Debtor(s), Anthony and Robin Fritz* |
| In Re:<br><br>**ANTHONY FRITZ and ROBIN L. FRITZ,**<br><br>Debtors |

Order Filed on March 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-19880

Chapter:    13

Judge:    RG

Hg.  Date: 3/3/21

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: March 11, 2021

/s/ Rosemary Gambardella
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:         2
Debtor(s):    Anthony Fritz and Robin L. Fritz
Case No.:     15-19880/RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $2,000.00  for services rendered and expenses in the amount of $ 0  for a total of $2,000.00 of which   $0.00 has already been received by said attorney and of which the balance of $2,000.00 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

    _ through the Chapter 13 Plan as an administrative priority.

    __XX__ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.