Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−19880−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Fritz | Robin L Fritz |
| 725 Joralemon Street, Unit #204 | 725 Joralemon Street, Unit #204 |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
xxx−xx−6552                                          xxx−xx−2911

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 25, 2021                    Rosemary Gambardella
                                          Judge, United States Bankruptcy Court